IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOXER, INC. and VOXER IP LLC,<br><br>        Plaintiffs.,<br><br>v.<br><br>FACEBOOK, INC. and INSTAGRAM LLC,<br><br>        Defendants. | Civil Action No. 6:20-cv-00011<br><br>ORAL ARGUMENT REQUESTED |

**REQUEST FOR ORAL HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

To the extent the Court would find it beneficial and feasible under current circumstances, Defendants Facebook, Inc and Instagram LLC, pursuant to Local Rule CV-7(h), respectfully request an oral telephonic hearing on its Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Dkt. No. 29]. Plaintiffs Voxer, Inc and Voxer IP LLC do not oppose this request.

1378288

| | |
|---|---|
| Dated:  March 24 , 2020 | Respectfully submitted, |
| | By: */s Michael E. Jones* |
| | Michael E. Jones |
| | SBN: 10929400 |
| | Patrick C. Clutter |
| | SBN: 24036374 |
| | POTTER MINTON, PC |
| | 110 North College, Suite 500 |
| | Tyler, Texas 75702 |
| | Tel: 903-597-8311 |
| | Fax: 903-593-0845 |
| | mikejones@potterminton.com |
| | patrickclutter@potterminton.com |
| | |
| | Robert A. Van Nest |
| | rvannest@keker.com |
| | Christa M. Anderson |
| | canderson@keker.com |
| | David J. Silbert |
| | dsilbert@keker.com |
| | Eugene M. Paine |
| | epaige@keker.com |
| | Matthew W. Werdegar |
| | mwerdegar@keker.com |
| | Paven Malhotra |
| | pmalhotra@keker.com |
| | Philip J. Tassin |
| | ptassin@keker.com |
| | Puja V. Parikh |
| | pparikh@keker.com |
| | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111 |
| | Tel: 415-391-5400 |
| | |
| | ATTORNEYS FOR DEFENDANTS |
| | FACEBOOK, INC. and INSTAGRAM LLC |

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred with counsel for Plaintiff on March 23, 2020 regarding the foregoing Request. Plaintiff's counsel consented to the requested relief.

*/s/ Michael E. Jones*
Michael E. Jones

1378288

1

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on March 24, 2020.

*/s/ Michael E. Jones*
Michael E. Jones

2

1378288