UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Voxer, Inc. and Voxer IP LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Facebook, Inc. and Instagram LLC<br><br>　　　　Defendants. | Civil Action No. 1:20-cv-00655-ADA<br><br>Jury Trial Demanded |

## ORDER GRANTING DEFENDANTS FACEBOOK, INC. AND INSTAGRAM LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)

BEFORE THE COURT is Defendants Facebook, Inc. and Instagram LLC's Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(C). After consideration of said motion, the Court finds that Defendants' Motion for Judgment on the Pleadings is GRANTED and Counts I and IV of Plaintiffs' Complaint are dismissed with prejudice.

**SIGNED** on this _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE