## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| Voxer, Inc. and Voxer IP LLC<br><br>Plaintiffs,<br><br>v.<br><br>Facebook, Inc. and Instagram LLC<br><br>Defendants. | Civil Action No. 1:20-cv-00655-ADA<br><br>Jury Trial Demanded |

**VOXER'S NOTICE REGARDING *INTER PARTES* REVIEW DECISIONS**

We write on behalf of Plaintiffs Voxer, Inc. and Voxer IP LLC ("Voxer") to update the Court about four IPR petitions that Defendants Facebook, Inc. and Instagram, LLC filed against three patents at issue in this case. On May 7, 2021, the PTAB denied institution of *inter partes* review in all four proceedings:

- IPR2021-00112, which challenged U.S. Patent No. 10,511,557
- IPR2021-00113, which challenged other claims of U.S. Patent No. 10,511,557
- IPR2021-00114, which challenged U.S. Patent No. 8,180,030
- IPR2021-00115, which challenged U.S. Patent No. 10,142,270

The PTAB found in each Petition that that Petitioners failed to demonstrate a reasonable likelihood of prevailing on unpatentability on the grounds asserted in the Petitions.

2

Dated:  May 13, 2021										Respectfully submitted,

By: */s/ Sam Stake*

Kevin P.B. Johnson, CA Bar No. 177129
Robert W. Stone, CA Bar No. 163513
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Fax:  (650) 801-5100
kevinjohnson@quinnemanuel.com
robertstone@quinnemanuel.com

Sam Stake, CA Bar No. 257916
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Fax:  (415) 875-6700
samstake@quinnemanuel.com

J. Mark Mann, SBN: 12926150
G. Blake Thompson, SBN: 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
Telephone:  (903) 657-8540
Fax:  (903) 657-6003
mark@themannfirm.com
blake@themannfirm.com

*Attorneys for Plaintiffs Voxer, Inc. and Voxer IP LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2021, true and correct copies of the foregoing document were served on the following counsel of record at the addresses and in the manner indicated:

**VIA CM/ECF**

| | |
|---|---|
| Robert Van Nest | Michael E Jones |
| Christa Anderson | mikejones@potterminton.com |
| David Silbert | Patrick C. Clutter |
| Eugene Paige | patrickclutter@potterminton.com |
| Matthew Werdegar | POTTER MINTON, PC |
| Paven Malhotra | 110 North College, Suite 500 |
| Kristen E. Lovin | Tyler, Texas 75702 |
| Puja V. Parikh | Tel: 903-597-8311 |
| Jee Young Kim | Fax: 903-593-0846 |
| Molly Villagra | |
| voxer-kvp@keker.com | |
| KEKER, VAN NEST & PETERS LLP | |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| Tel: 415-391-5400 | |

                                                */s/ Gavin Snyder*
                                                Gavin Snyder