# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| Voxer, Inc. and Voxer IP LLC | |
|---|---|
| Plaintiffs, | Civil Action No. 1:20-cv-00655-ADA |
| v. | |
| Facebook, Inc. and Instagram LLC | Jury Trial Demanded |
| Defendants. | |

## JOINT MOTION TO AMEND AGREED SCHEDULING ORDER

Plaintiffs Voxer, Inc. and Voxer IP LLC and Defendants Facebook, Inc. and Instagram LLC, by and through their undersigned counsel, hereby respectfully move to amend the Court's Scheduling Order [Dkt. 88] as proposed in the Third Amended Agreed Scheduling Order hereby submitted.

| Amended Deadline | Deadline | Item |
|---|---|---|
| July 30, 2021 | July 22, 2021 | Close of Fact Discovery. |
| August 17, 2021 | August 5, 2021 | Opening Expert Reports. |
| September 16, 2021 | September 2, 2021 | Rebuttal Expert Reports. |
| September 28, 2021 | September 23, 2021 | Close of Expert Discovery. |
| October 12, 2021 | October 7, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| | October 21, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| | November 4, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| Amended Deadline | Deadline | Item |
|---|---|---|
| | November 11, 2021 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| | November 18, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| | November 30, 2021 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| | December 9, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| | December 14, 2021, or at the Court's convenience | Final Pretrial Conference. The Court expects to set this date at the conclusion of the Markman Hearing. |
| | January 18, 2022 | Jury Selection/Trial |

Dated: July 21, 2021  Respectfully submitted,

By: */s/ J. Mark Mann*  By: */s/ David Silbert*

J. Mark Mann (SBN: 12926150)
G. Blake Thompson (SBN: 24042033)
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
Telephone: (903) 657-8540
Fax: (903) 657-6003
mark@themannfirm.com
blake@themannfirm.com

Kevin P.B. Johnson (Cal. Bar No. 177129)
Robert W. Stone (Cal. Bar No. 163513)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100
kevinjohnson@quinnemanuel.com
robertstone@quinnemanuel.com

Sam Stake (Cal. Bar No. 257916)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
samstake@quinnemanuel.com

*Attorneys for Plaintiffs Voxer, Inc. and Voxer IP LLC*

Michael E Jones (SBN: 10929400)
Patrick C. Clutter (SBN: 24036374)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

Robert Van Nest
rvannest@keker.com
Christa Anderson
canderson@keker.com
David Silbert
dsilbert@keker.com
Eugene Paige
epaige@keker.com
Matthew Werdegar
mwerdegar@keker.com
Paven Malhotra
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415-391-5400

*Attorneys for Defendants
Facebook, Inc. and Instagram LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of July 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

                                               */s/ J. Mark Mann*
                                               **J. Mark Mann**