IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **VOXER, INC., VOXER, INC.; AND VOXER IP LLC, VOXER IP LLC;** <br> Plaintiffs, <br><br> -vs- <br><br> **FACEBOOK, INC., INSTAGRAM LLC,** <br> Defendants. | **CAUSE NO.:** <br> **A-20-CV-00655-ADA** |

## ORDER OF TRANSFER

Before the court is the above-styled and numbered cause. It appears to the Court that the above-styled and numbered cause should be transferred from the docket of the Honorable Alan. D. Albright, United States District Judge, by random assignment to the docket the Honorable Lee Yeakel, United States District Judge, both judges having consented to the transfer.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable Lee Yeakel, United States District Judge for all purposes. Pursuant to the most recent Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this the 12th day of November 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE