# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VOXER, INC. and VOXER IP LLC, | § § | |
| Plaintiffs, | § § | Civil Action No. 1:20-cv-00655-LY-SH |
| v. | § § | Jury Trial Demanded |
| META PLATFORMS, INC., f/k/a FACEBOOK, INC. and INSTAGRAM LLC, | § § § § | |
| Defendants | § | |

## DEFENDANTS' SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANTS' MOTIONS TO EXCLUDE TESTIMONY FROM VOXER'S EXPERTS

At the July 28, 2022 pretrial conference in this matter, the Court invited Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC (collectively, "Facebook") to submit additional authority in response to the *WhereverTV* decision[1] submitted by Plaintiffs Voxer, Inc. and Voxer IP, LLC (collectively, "Voxer") during that pretrial conference. Facebook hereby submits the following additional authority: *Via Vadis v. Amazon.com, Inc.*, No. 1:14-cv-00813-LY, Dkt. 230 (W.D. Tex. Jan. 3, 2022). A copy of that decision is attached as **Exhibit A** to this response.

August 12, 2022

Respectfully submitted,

By: *s/ Michael E. Jones*
    Robert A. Van Nest
    rvannest@keker.com
    Christa M. Anderson
    canderson@keker.com
    David J. Silbert
    dsilbert@keker.com
    Eugene M. Paige
    epaige@keker.com
    Matthew W. Werdegar
    mwerdegar@keker.com
    Paven Malhotra
    pmalhotra@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111
    Tel: 415-391-5400

    Michael E. Jones
    SBN: 10929400
    Shaun W. Hassett
    SBN: 24074372
    POTTER MINTON, PC
    110 North College, Suite 500
    Tyler, Texas 75702

---

[1] *WhereverTV, Inc. v. Comcast Cable Communications, LLC*, No. 2:18-CV-529-JLB-NPM, 2022 WL 2115487 (M.D. Fla. June 9, 2022).

Tel: 903-597-8311
Fax: 903-593-0845
mikejones@potterminton.com
shaunhassett@potterminton.com

Attorneys for Defendants
META PLATFORMS, INC., f/k/a FACEBOOK,
INC. and INSTAGRAM LLC