**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| VOXER, INC. and VOXER IP LLC, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 1:20-cv-00655-LY |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| META PLATFORMS, INC., f/k/a | § | |
| FACEBOOK, INC. and INSTAGRAM LLC, | § | |
| | § | |
| Defendants | § | |

**JOINT STATUS REPORT REGARDING
NARROWING OF PRETRIAL ISSUES**

Pursuant to the Court's direction at the July 28, 2022 pretrial conference and the Court's July 29, 2022 Order [Dkt. 274], Plaintiffs Voxer, Inc. and Voxer IP LLC (collectively "Voxer") and Defendants Meta Platforms, Inc., f/k/a Facebook, Inc. and Instagram LLC (collectively "Meta") hereby submit this Joint Status Report Regarding Narrowing of Pretrial Issues.

**Final Election of Claims for Trial**

Voxer will assert the following six claims at trial:

- Claims 34, 47, 48, and 51 of U.S. Patent No. 10,142,270

- Claims 1 and 9 of U.S. Patent No. 10,511,557

**Pre-Trial Motions**

The following pre-trial motions are **withdrawn**:[1]

- Voxer's Motions in Limine 1 and 2 [Dkt. 258]

- Meta's Motions in Limine 2, 4 and 5 [Dkt. 256]

- Meta's Revised Motion for Summary Judgment No. 3 (Non-Infringement of U.S. Patent No. 8,180,030 [Dkt. 193]

- Meta's Revised Motion for Summary Judgment No. 2 (No Willful Infringement) and No Indirect Infringement) [Dkt. 191]

The following pre-trial motions **remain pending**:

- Meta's Motions in Limine 1 and 3 [Dkt. 256]

- Meta's Revised Motion to Exclude the Expert Reports and Testimony of Alan Ratliff [Dkt. 185]

---

[1] Voxer and Meta have withdrawn certain pre-trial motions in accordance with the Court's direction to reduce the number of disputed pre-trial issues.  In doing so, they do not withdraw or waive any objections or rights with respect to the subject matter of those motions; rather, all such objections and rights are expressly preserved.

- Meta's Revised Motions to Exclude and Strike Testimony of Dr. Michael Mitzenmacher [Dkt. 189]

**<u>Jury Instructions</u>**

The parties have met-and-conferred and resolved a number of disputes regarding jury instructions, and they are working to resolve the remaining disputes.  The parties are continuing to meet and confer and will submit an agreed set of Preliminary Jury Instructions that may be included in the jurors' notebooks in the next few weeks.  With the Court's approval, disputed instructions, if any, will be reserved for decision by the Court during trial.

**<u>Juror Questionnaire, Voir Dire Questions, and Verdict Form</u>**

The parties have agreed on a Joint Proposed Written Juror Questionnaire, Joint Proposed Voir Dire, and Joint Proposed Verdict Form.  They are attached as Exhibits 1, 2, and 3, respectively.

**<u>Statements of the Case for Use in Voir Dire</u>**

Attached hereto as Exhibit 4 is a revised statement by Voxer for use in voir dire, reflecting that two patents will be asserted at trial, not four.  With this correction, the parties agree that the Court may read each party's statement (i.e., Exhibit 4 hereto for Voxer, and Dkt. 260-4 for Meta) in conducting voir dire.

August 12, 2022                                   Respectfully submitted,


                                                  By: *s/ G. Blake Thompson*
                                                  Kevin P.B. Johnson
                                                  California Bar No. 177129
                                                  Robert W. Stone
                                                  California Bar No. 163513
                                                  QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
                                                  555 Twin Dolphin Drive, 5th Floor
                                                  Redwood Shores, California 94065
                                                  Telephone:  (650) 801-5000
                                                  Fax:  (650) 801-5100
                                                  kevinjohnson@quinnemanuel.com
                                                  robertstone@quinnemanuel.com

                                                  Sam Stake
                                                  California Bar No. 257916
                                                  QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
                                                  50 California Street, 22nd Floor
                                                  San Francisco, California 94111
                                                  Telephone:  (415) 875-6600
                                                  Fax:  (415) 875-6700
                                                  samstake@quinnemanuel.com

                                                  J. Mark Mann
                                                  State Bar No. 12926150
                                                  G. Blake Thompson
                                                  State Bar No. 24042033
                                                  MANN | TINDEL | THOMPSON
                                                  201 E. Howard St.
                                                  Henderson, Texas 75654
                                                  Telephone:  (903) 657-8540
                                                  Fax:  (903) 657-6003
                                                  mark@themannfirm.com
                                                  blake@themannfirm.com

                                                  Attorneys for Plaintiffs Voxer, Inc. and Voxer IP
                                                  LLC

By: *s/ Michael E. Jones*
    Robert A. Van Nest
    rvannest@keker.com
    Christa M. Anderson
    canderson@keker.com
    David J. Silbert
    dsilbert@keker.com
    Eugene M. Paige
    epaige@keker.com
    Paven Malhotra
    pmalhotra@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111
    Tel: 415-391-5400

    Michael E. Jones
    SBN: 10929400
    Shaun W. Hassett
    SBN: 24074372
    POTTER MINTON, PC
    110 North College, Suite 500
    Tyler, Texas 75702
    Tel: 903-597-8311
    Fax: 903-593-0845
    mikejones@potterminton.com
    shaunhassett@potterminton.com

Attorneys for Defendants
META PLATFORMS, INC., f/k/a FACEBOOK,
INC. and INSTAGRAM LLC

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on August 12, 2022, I emailed this document to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ G. Blake Thompson*
G. Blake Thompson