IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VOXER, INC. AND VOXER IP LLC,       § <br> PLAINTIFFS,       § <br>       § <br> V.       § <br>       § <br> META PLAFORMS, INC. F/K/A       § <br> FACEBOOK, INC. AND       § <br> INSTRAGRAM LLC,       § <br> DEFENDANTS.       § | CIVIL NO. A- 20-CV-00655-LY |

### SUPPLEMENTAL INSTRUCTION

You should disregard the argument of Voxer's counsel that Facebook does not have patents on live-streaming infrastructure. Facebook does have patents on its live-streaming infrastructure, but they were not presented as part of this case.

Submitted this _21st_ day of September, 2022, at _9:55_ o'clock _a._.m.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE