IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

SEP 21 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| VOXER, INC. AND VOXER IP LLC, | § | |
| | § | |
| V. | § | CASE No: 1:20-CV-655-LY |
| | § | |
| META PLAFORMS, INC. F/K/A | § | |
| FACEBOOK, INC. AND | § | |
| INST AGRAM LLC, | § | |

## ORDER

The jury having been empaneled, the evidence having been closed in the above styled and numbered cause, and after charge of the Court and submission of the case to the jury;

IT IS ORDERED that the jury be sequestered during their deliberations beginning from when they report to the jury room each day until: a) released by the Court at the end of each day, b) verdict is reached and the jury is formally discharged by the Court, or c) until further Order of the Court.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury, including cost of coffee and other necessaries incurred by said jury during court recesses, shall be paid by the United States Government.

ORDERED this **21st** day of September, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE