IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 2 1 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| VOXER, INC. AND VOXER IP LLC,  § <br> PLAINTIFFS,  § <br> § <br> V.  § <br> § <br> META PLAFORMS, INC. F/K/A  § <br> FACEBOOK, INC. AND  § <br> INSTRAGRAM LLC,  § <br> DEFENDANTS.  § | CIVIL NO. A- 20-CV-00655-LY |

## VERDICT FORM

In answering the following questions, you are to follow the instructions I have given you in the Court's jury charge. **Your answers to each question must be unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Jury Charge. You should refer to and consider the Jury Charge as you answer these questions in the Verdict Form.

The Asserted Patents may be referred to as follows:

| U.S. Patent Number | Shorthand Term |
|---|---|
| 10,142,270 | '270 Patent |
| 10,511,557 | '557 Patent |

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

### QUESTION 1: INFRINGEMENT

Did Voxer Inc. and Voxer IP LLC ("Voxer") prove, by a preponderance of the evidence, that Meta Platforms, Inc. (formerly known as Facebook, Inc.) and Instagram LLC (collectively, "Facebook") infringe one or more of the following claims of the Asserted Patents?

*Check "Yes" or "No" for each claim.*

*"Yes" is a finding for **Voxer**. "No" is a finding for **Facebook**.*

| '270 Patent | Facebook Live | | Instagram Live | |
|---|---|---|---|---|
| Claim 34 | YES ✓ | NO | YES ✓ | NO |
| Claim 47 | YES ✓ | NO | YES ✓ | NO |
| Claim 48 | YES ✓ | NO | YES ✓ | NO |
| Claim 51 | YES ✓ | NO | YES ✓ | NO |

| '557 Patent | Facebook Live | | Instagram Live | |
|---|---|---|---|---|
| Claim 1 | YES ✓ | NO | YES ✓ | NO |
| Claim 9 | YES ✓ | NO | YES ✓ | NO |

**If you answered "No" to all claims, please proceed to the final page of the Verdict Form.**

**If you selected "Yes" to any claim of the '557 patent, please proceed directly to Question 2.**

**If you selected "YES" to any claim of the '270 Patent and "NO" to all claims of the '557 Patent, please proceed to Question 3.**

## QUESTION 2: INVALIDITY

Solely with respect to the claims of the '557 for which you answered "YES" in Question 1, did Facebook prove, by clear and convincing evidence, that the one or more of those claims of the below-listed patents are invalid?

*Check "Yes" or "No" for each claim that corresponds to a "Yes" answer in Question 1.*

*"Yes" is a finding for* **Facebook**. *"No" is a finding for* **Voxer**.

| '557 Patent | | | | |
|---|---|---|---|---|
| Claim 1 | YES | | NO | ✓ |
| Claim 9 | YES | | NO | ✓ |

**If you selected "NO" to any claim of the '557 Patent, OR if you found any claim of the '270 Patent infringed in response to Question 1, please proceed to Question 3.**

**Otherwise, please proceed to the final page of the Verdict Form.**

## QUESTION 3: DAMAGES

What sum of money if any, do you find Voxer has proved it is entitled to for Facebook and Instagram's infringement up through the date of this verdict? Do not include any interest on any amount of damages you find.

$ 174,530,785  .

## QUESTION 4

Does this number represent a running royalty or a one-time lump sum? Please check one only.

✓ Running Royalty

**OR**

_____ Lump sum

**Please proceed to the final page of the Verdict Form.**

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The presiding juror should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict.

Signed this __21__ day of September, 2022, at __11:37__ o'clock __a__ m..

███████████████████
Presiding Juror