# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VOXER, INC. and VOXER IP LLC, § § Plaintiffs, § § v. § § META PLATFORMS, INC., f/k/a § FACEBOOK, INC. and INSTAGRAM LLC, § § Defendants § § | Civil Action No. 1:20-cv-00655-LY<br><br>Jury Trial Demanded |

## ORDER GRANTING DEFENDANTS FACEBOOK, INC. AND INSTAGRAM LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Before the Court is Defendants Meta Platforms, Inc., f/k/a Facebook, Inc. and Instagram LLC's  Unopposed Motion for Leave to File Under Seal its Motion to Seal Select Exhibits and all attachments thereto. The Court has considered this motion and finds that it is hereby GRANTED.

The Clerk is hereby directed to file Defendants' Motion to Seal Select Exhibits and all attachments thereto under seal until further order from the Court.

SIGNED this _____ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE