

FILED

FEB 21 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VOXER, INC. AND VOXER IP LLC, § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CAUSE NO. 1:20-CV-00655-LY |
| § | |
| META PLATFORMS, INC. § | |
| F/K/A FACEBOOK, INC. AND § | |
| INSTAGRAM LLC, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered patent-infringement action. On September 12, 2022, the court called the above-styled and numbered action for jury selection and trial. After the parties announced that they were ready for trial, the court empaneled a jury of eight legally qualified jurors. The case proceeded and was submitted to the jury on September 21, 2022. The jury returned a verdict on September 21, 2022, in favor of Plaintiffs Voxer, Inc. and Voxer IP LLC (collectively, "Voxer") finding that Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC ("Facebook and Instagram") infringed Voxer's United States Patent Nos. 10,142,270 and 10,511,557 ("'270 patent and '557 patent"). The jury also found that Voxer proved that for Facebook and Instagram's infringement, Voxer is entitled to recover damages in the sum of $174,530,785, which represents a reasonable running royalty. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is rendered in favor of Plaintiffs Voxer, Inc. and Voxer IP LLC and against Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC that Facebook and Instagram directly infringe Claims 34, 47, 48, and 51 of the '270 patent, and Facebook and Instagram directly infringe Claims 1 and 9 of the '557 patent.

**IT IS FURTHER ORDERED** that Plaintiffs Voxer, Inc. and Voxer IP LLC shall recover from Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC running-royalty damages in the sum of $174,530,785.

**IT IS FURTHER ORDERED** that Plaintiffs Voxer, Inc. and Voxer IP LLC shall recover from Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC pre-judgment interest from November 27, 2018, the date of the parties' hypothetical negotiation, to February 20, 2023, the day before rendition of this final judgment, on the amount of $174,530,785, at a rate of 3.91% calculated as simple interest for a total amount of $28,904,497.56.  The applicable rate is the rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

**IT IS FURTHER ORDERED** that Plaintiffs Voxer, Inc. and Voxer IP LLC shall recover from Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC all costs of court.

**IT IS FURTHER ORDERED** that Plaintiffs Voxer, Inc. and Voxer IP LLC shall recover from Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram LLC post-judgment interest on all of the above at the legally allowed rate of 4.87%, beginning on the date this final judgment is rendered, computed daily to the date of payment, and shall be compounded annually. 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _21st_ day of February, 2023.

_____

LEE YEAKEL
UNITED STATES DISTRICT JUDGE