IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VOXER, INC. and VOXER IP LLC, § § Plaintiffs, § § v. § § META PLATFORMS, INC. (F/K/A § FACEBOOK, Inc.) and INSTAGRAM LLC, § § Defendants § | Civil Action No. 1:20-cv-00655-LY<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS META PLATFORMS, INC. AND INSTAGRAM LLC'S
NOTICE OF APPEAL**

Notice is hereby given that Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Instagram LLC appeal to the United States Court of Appeals for the Federal Circuit pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1295 from the Order on Post-Trial Motions (Dkt. 380) and the Final Judgment (Dkt. 381) entered in this case on February 21, 2023, as well as any and all other judgments, orders, opinions, rulings, and findings that merge therein or are pertinent or ancillary to the foregoing that are adverse to Defendants.

Payment in the amount of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 filing fee required by 28 U.S.C. § 1917, will accompany the filing of this Notice of Appeal.

Dated:  March 21, 2023

Respectfully submitted,

/s/  *Blaine H. Evanson*
Blaine H. Evanson
bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel:  (949) 451-3800

Robert A. Van Nest
rvannest@keker.com
David J. Silbert
dsilbert@keker.com
Eugene M. Paige
epaige@keker.com
Paven Malhotra
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0845
mikejones@potterminton.com
shaunhassett@potterminton.com

*Counsel for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Instagram LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

/s/ *Blaine H. Evanson*
Blaine H. Evanson
