IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VOXER, INC. and VOXER IP LLC, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 1:20-cv-00655-DAE |
| | § | |
| v. | § | |
| | § | |
| META PLATFORMS, INC. (F/K/A | § | JURY TRIAL DEMANDED |
| FACEBOOK, Inc.) and INSTAGRAM LLC, | § | |
| | § | |
| Defendants | § | |

**DEFENDANTS META PLATFORMS, INC. AND INSTAGRAM LLC'S
SECOND AMENDED NOTICE OF APPEAL**

Notice is hereby given that Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Instagram LLC appeal to the United States Court of Appeals for the Federal Circuit pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1295 from the First Amended Final Judgment (Dkt. 433) entered in this case on July 31, 2023, as well as any and all other judgments, orders, opinions, rulings, and findings that merge therein or are pertinent or ancillary to the foregoing that are adverse to Defendants.

A Notice of Appeal was filed on March 21, 2023 (Dkt. 383), but the Court of Appeals for the Federal Circuit deactivated the appeal pending the "entry of the order disposing of the last … outstanding motion" "of the type enumerated in Fed. R. App. P. 4(a)(4)." *Voxer, Inc. v. Meta Platforms, Inc.*, No. 2023-1702, Dkt. 3 at 2 (Fed. Cir. Apr. 12, 2023). This Court disposed of the outstanding motions on June 27, 2023. Dkt. 422. An Amended Notice of Appeal was filed on July 26, 2023 (Dkt. 430), and on August 10, 2023 the Federal Circuit reactivated the appeal (*Voxer, Inc. v. Meta Platforms, Inc.*, No. 2023-1702, Dkt. 6 at 1 (Fed. Cir. Aug. 10, 2023)).

1

2

Meanwhile, on July 31, 2023, this Court resolved other motions involving prejudgment interest and a stay of execution of judgment and entered a First Amended Final Judgment.  Dkt. 433.  Meta now appeals that First Amended Final Judgment.

Payment in the amount of $505, representing the $500 docketing fee required by 28 U.S.C. § 1913 and the $5 filing fee required by 28 U.S.C. § 1917, has already been remitted in connection with the original Notice of Appeal filed on March 21, 2023 (Dkt. 383).

2

Dated: August 21, 2023

Respectfully submitted,

*/s/ Robert A. Van Nest, with permission by*
*Michael E. Jones*
Blaine H. Evanson
bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-3800

Robert A. Van Nest
rvannest@keker.com
David J. Silbert
dsilbert@keker.com
Eugene M. Paige
epaige@keker.com
Paven Malhotra
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0845
mikejones@potterminton.com
shaunhassett@potterminton.com

*Counsel for Defendants Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.) and Instagram LLC*

3