IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VOXER, INC. and VOXER IP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. (F/K/A FACEBOOK, Inc.) and INSTAGRAM LLC,<br><br>Defendants | Civil Action No. 1:20-cv-00655-DAE<br><br><u>JURY TRIAL DEMANDED</u> |

**ORDER GRANTING JOINT MOTION TO VACATE JURY VERDICTS AND FINAL JUDGMENTS AND STIPULATION OF DISMISSAL**

Before the Court is the parties' Joint Motion to Vacate Jury Verdicts and Final Judgments and Stipulation of Dismissal. (Dkt. # 441.) After consideration of said Joint Motion, the Court finds that it is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. The (i) Jury Verdict (Dkt. # 332) and Final Judgment (Dkt. # 381), (2) the First Amended Final Judgment (Dkt. # 433), and (3) the Order Assessing Costs and Adopting Report and Recommendation (Dkt. # 440) entered in the above-captioned actions are hereby **VACATED**;

2. The above-referenced action brought by Plaintiffs Voxer, Inc. and Voxer IP LLC is hereby **DISMISSED WITH PREJUDICE**;

3. All claims and defenses in the above-referenced action brought by Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Instagram LLC are hereby **DISMISSED WITH PREJUDICE**, but Defendants reserve the right to assert any and all defenses in any future litigation; and

4. Each Party shall bear its own costs and expenses in the above-referenced action.

ORDERED this  9th  day of  February , 2024.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE